**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————
www.cand.uscourts.gov

Richard W. Wieking                                     General Court Number
Clerk                                                  408.535.5363

February 15, 2013

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name:       **USA-v- Hoang Minh Nguyen**
Case Number:     **5-13-70126-03-PSG   (Your Case#01:13CR00036-LJO SKO)**
Charges:         **18:371; 18:1341  - Conspiracy; Mail Fraud**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Paul S. Grewal.  The following action has been taken:

     ( X )   The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
     (   )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

                    Original  Rule 5 affidavit
                    original minute orders
                    Waiver
                    certified copy of *AO 94, Commitment to Another District*
                    Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                    Sincerely yours,

                    RICHARD WIEKING, Clerk

     by:  *Cita F. Escalano*
            Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____     **CLERK, U.S. DISTRICT COURT**

                                                      **By** _____
                                                          **Deputy Clerk**